# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS RENTERIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAND O' LAKES, INC.,<br><br>　　　　　Defendant. | Case No.  1:25-cv-00043-JLT-SAB<br><br>ORDER CONTINUING HEARINGS RE: MOTION TO CHANGE VENUE; MOTION TO DISMISS; AND MOTION TO REMAND TO APRIL 9, 2025 |

　　　　On January 16, 2025, Defendant filed a motion to change venue and a motion to dismiss. (ECF Nos. 5, 6.) On February 10, 2025, Plaintiff filed a motion to remand this action to Tulare County Superior Court. (ECF No. 17.) The hearing on the three motions is currently set for March 19, 2025. (ECF No. 19.)

　　　　On February 21, 2025, the parties filed a stipulation to continue the March 19, 2025 hearing due to counsel for Defendant's scheduling conflict. (ECF No. 21.) The Court finds good cause to continue the hearing.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the hearing on Defendant's motion to change venue (ECF No. 5), Defendant's motion to dismiss (ECF No. 6), and Plaintiff's motion to remand (ECF No. 17) set for March 19, 2025, is CONTINUED to **April 9, 2025, at 10:00 a.m. in Courtroom 9**.

IT IS SO ORDERED.

Dated:     **February 21, 2025**

STANLEY A. BOONE
United States Magistrate Judge